# EXHIBIT 1

**FILED**

**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 16 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

RONALD HAYWARD,

        Petitioner - Appellant,

    v.

JOHN MARSHALL, California Men's
Colony East,

        Respondent - Appellee.

No. 06-55392

D.C. No. CV-05-07239-GAF(CT)

ORDER

---

**KOZINSKI**, Chief Judge:

    Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.