IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONDELL L. LEWIS, | No. C 07-05976 TEH (PR) |
| Petitioner, | ORDER DENYING RESPONDENT'S REQUEST FOR STAY AND GRANTING ALTERNATIVE REQUEST FOR EXTENSION OF TIME |
| vs. | |
| BEN CURRY, Warden, | |
| Respondent. | (Docket no. 5) |

On November 27, 2007, Petitioner, a state prisoner incarcerated at the California State Prison-Soledad, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the California Board of Parole Hearings' ("BPH") decision to deny him parole on May 5, 2006. On March 26, 2008, the Court issued an order to show cause why the petition should not be granted.

Respondent now requests a stay of these proceedings to await the outcome of en banc review of Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), reh'g en banc granted, No. 06-55392 (9th Cir. May 16, 2008). It is an abuse of discretion for a district court to stay a habeas petition indefinitely pending resolution of a different case involving parallel issues on the basis of judicial economy. Yong v. INS, 208 F.3d 1116, 1120-21 (9th Cir. 2000). Therefore, the Court DENIES the request for a stay. (Docket no. 5.)

Respondent alternatively requests an extension of time of thirty days to file a responsive pleading. For good cause shown, the Court GRANTS the request for an extension of time. Respondent shall file a responsive pleading by **June 27, 2008.**

1   If Petitioner wants to respond to the answer, he must do so by filing a traverse with
2   the Court and serving it on Respondent within thirty (30) days of his receipt of the
3   answer.
4   This order terminates Docket Number 5.

6   **SO ORDERED.**

8   DATED:   05/29/08

    _____
    THELTON E. HENDERSON
    United States District Judge

2