# EXHIBIT 4

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| In re<br><br>VONDELL LEWIS,<br><br>on<br><br>Habeas Corpus. | B201155<br><br>(L.A.S.C. No. NA004741)<br><br>O R D E R |

COURT OF APPEAL - SECOND DIST.
**FILED**
AUG 1 6 2007
JOSEPH A. LANE, Clerk
P. GONZALEZ, Deputy Clerk

THE COURT*:

The petition for writ of habeas corpus, filed August 9, 2007, has been read and considered.

The petition is denied.

_____

*SPENCER, P. J.          VOGEL, J.          ROTHSCHILD, J.