# EXHIBIT 6



# CALIFORNIA APPELLATE COURTS
### Case Information



| Supreme Court | **Supreme Court** | Change court ▾ |

Welcome

Search

E-mail

Calendar

Help

Opinions

C|C
home

Court data last updated: 06/17/2008 01:53 PM

**Case Summary**   **Docket**   **Briefs**
**Disposition**   **Parties and Attorneys**   **Lower Court**

## Disposition

**LEWIS (VONDELL) ON H.C.**
**Case Number S155792**

Only the following dispositions are displayed below: Orders Denying Petitions, Orders Granting Rehearing and Opinions. Go to the Docket Entries screen for information regarding orders granting review.

**Case Citation: none**

| Date | Description |
|------|-------------|
| 10/24/2007 | Petition for review denied |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California